IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN LEE SARNOSKI, | |
| Plaintiff, | No. 3:12-CV-0504 |
| v. | (JUDGE CAPUTO) |
| LACKAWANNA COUNTY D.A.'S OFFICE, ET AL., | (MAGISTRATE JUDGE MANNION) |
| Defendants | |

## ORDER

**NOW** this 11th day of June 2012, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED.**

(2) Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 2) is **GRANTED.**

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

(4) The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge